UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HECTOR MANUEL MARADIAGA SANTOS (A# 095-094-334),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-01497 DC AC<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 14, 15) |

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and

1

by the magistrate judge's analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 26, 2026 (ECF No. 15) are ADOPTED in full;

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED as follows:

    a. Respondents are ENJOINED and RESTRAINED from attempting to re-detain petitioner unless they comply with the requirements under 8 U.S.C. § 1226(a) and its implementing regulations;

    b. Respondents are ORDERED to RETURN all of petitioner's documents and possessions, including but not limited to his work permit, Social Security card, and Florida drivers' license within three days from the adoption of these findings and recommendations; and

    c. The order does not address the circumstances in which respondents may detain petitioner in the event petitioner becomes subject to an executable final order of removal;

3. Petitioner's motion to compel (ECF No. 14) is construed as a motion for preliminary injunction and is DENIED as MOOT; and

4. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

_____
Dena Coggins
United States District Judge

---

[1] A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. See 28 U.S.C. § 2253; Harrison v. Ollison, 519 F.3d 952 (9th Cir. 2008).

2